IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS

JERRY WAYNE SMITH,
    Plaintiff,

                                        CIVIL ACTION
v.                                        Case no. 05-3447-MLB

DAVID R. MCKUNE, et al.,
    Defendant.

### DEFENDANTS' SECOND MOTION TO IMPOSE SANCTIONS

      COME NOW all captioned Defendants, by and through counsel Eric J. Aufdengarten, Assistant Kansas Attorney General, and hereby move this Court to dismiss this action with prejudice as a sanction for Plaintiff's failure to appear for his deposition in addition to Plaintiff's failure to comply with scheduled deadlines and court orders in this action as described in Defendants' Motion for Sanctions with attached Memorandum in Support of Motion to Impose Sanctions (Doc. 132). In support thereof, and in compliance with D. Kan. 7.1, a memorandum in support is filed herewith.

                                              Respectfully Submitted,
                                              Office of the Kansas Attorney General
                                              By:

                                              s/ Eric J. Aufdengarten
                                              Eric J. Aufdengarten, #21289
                                              Assistant Attorney General
                                              120 SW 10th, 2nd Floor
                                              Topeka, KS 66612
                                              Phone: (785) 368-8424
                                              Email: eric.aufdengarten@ksag.org

### CERTIFICATE OF SERVICE

      I hereby certify that on this 20th day of May, 2008 I electronically filed the foregoing DEFENDANTS' SECOND MOTION TO IMPOSE SANCTIONS with the clerk of the court

using the CM/ECF system and that I further on this same date, mailed via first class U.S. Mail, postage prepaid, a true and correct copy of the foregoing to:

Jerry Wayne Smith
Pro se
915 11th Ave. South, Suite 5
Hopkins, MN  55343

                                                                         s/ Eric J. Aufdengarten
                                                                         Eric J. Aufdengarten